

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-21-00089-CR

| | | |
|---|---|---|
| BRODRICK EARL ROSS, Appellant | § | On Appeal from Criminal District Court No. 2 |
| | § | of Tarrant County (1484823D) |
| V. | § | May 5, 2022 |
| | § | Memorandum Opinion by Justice Kerr |
| THE STATE OF TEXAS | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed.

SECOND DISTRICT COURT OF APPEALS

By   /s/ Elizabeth Kerr
     Justice Elizabeth Kerr